ORIGINAL

FILED
SEP 0 7 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile: (408) 354-5513

5  Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| In Re: | ) Chapter 13 |
|---|---|
| LUCITA BALAJONDA | ) Case No. 08-51007 ASW |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497126 for an unclaimed dividend in the amount of $8.28. The name and address of the claimant entitled to the unclaimed dividend is as follows;

LUCITA BALAJONDA
***MAIL RET'D 11/09***
57 VIA DE GUADALUPE
SAN JOSE, CA 95116

Dated: September 02, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE